**FILED**

December 2, 2025

**Fifteenth Court of Appeals**
**Christopher A. Prine**
**Clerk of Court**

TRIAL COURT CAUSE NO. __24-BC11A-0002__

§
§
§
§
§

IN THE BUSINESS COURT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/2/2025 4:38:27 PM
CHRISTOPHER A. PRINE
Clerk

OF TEXAS

DIVISION 11

# BUSINESS COURT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE BUSINESS COURT CLERKS OFFICE:

Date of order appealed: __November 14, 2025__

Type of Order (Interlocutory or Final): __Final Judgment__

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed: __December 2, 2025__

Name of judge who entered judgment: __Judge Sofia Adrogué__

Name of court reporter: __Gina Jackson/Donna Goree__

    Address of court reporter: __gina.jackson@txcourts.gov__

Name of attorney on appeal: __Adam P. Schiffer__    SB#: __17745763__

    Attorney Address: __609 Main Street, Suite 3550, Houston, Texas 77002__

    Attorney E-Mail Address: __aschiffer@brownrudnick.com__

    Attorney on appeal (check applicable box):

        ☐ appointed      x retained      ☐ Pro Se

Name of Appellee's Attorney: __Chevazz Brown__

    Attorney Address: __1401 McKinney St., Ste. 1900, Houston, TX 77010__

    Attorney E-Mail Address: __cgbrown@jw.com__

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Fifteenth Court of Appeals via TAMES

Court Reporter via E-Mail

On __December 2, 2025__          By: __BC__ (clerk's initials)